Per curiam.

Lunetta L. Danford, administratrix of the estate of M. L. Danford, deceased, for the use of D. L. Dunbar, appellee, v. W. H. Watkins et al., appellants. Gen. No. 8,235.

 Opinion filed October 15, 1928. Rehearing denied January 4, 1929.

Leslie J. Taylor, Edward E. Adams and C. E. Flesher, for appellant. Hogan & Reese and John W. Coale, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.